# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Magistrate Case No. 19-9210

v.

Darwin Villarroel

**ORDER**

The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this  9th  day of  October , 2019

ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

_____
HONORABLE ANTHONY R. MAUTONE
UNITED STATES MAGISTRATE JUDGE

FA